personal jurisdiction and thus that the six-month extension of CPLR 205 (a) is not applicable. Were we to reach the issue, we would conclude that the failure to file affidavits of service is not a jurisdictional defect. (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—RPTL.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.

■ MICHAEL G. MARTIN, Respondent, v MARY K. MARTIN, Appellant. (Appeal No. 1.) [670 NYS2d 164] —Appeal unanimously dismissed without costs. Memorandum: The appeal from the order entered January 25, 1996 is dismissed because that order was superseded by an order entered March 6, 1996 (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051; 10 Carmody-Wait 2d, NY Prac § 70:28). The March 6th order was itself superseded by an order entered May 10, 1996. Although the May 10th order purports to resettle the March 6th order, "[r]esettlement is not to be used to effect a substantive change in or to amplify the prior decision of the court" (Barretta v Webb Corp., 181 AD2d 1018, lv dismissed 80 NY2d 892; see, Tidball v Tidball, 108 AD2d 957, 958; Foley v Roche, 68 AD2d 558, 566). The May 10th order effects several substantive changes in the March 6th order and is in fact an amended order. "No appeal lies from an original order that has been superceded by an amended order" (Matter of Eric D., supra, at 1051). No appeal has been taken from the May 10th order, and we therefore lack jurisdiction to review it (see, Matter of Winans v Manz, 54 AD2d 597). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Support.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.

■ MICHAEL G. MARTIN, Respondent, v MARY K. MARTIN, Appellant. (Appeal No. 2.) [670 NYS2d 649] —Appeal unanimously dismissed without costs. Same Memorandum as in Martin v Martin (248 AD2d 951 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Support.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.

■ BLAGOJE (BILLY) DIMOVICH, by His Guardian, ANASTAS DIMOVICH, et al., Appellants, v STEFAN N. TALEV et al., Respondents. (Appeal No. 1.) [670 NYS2d 290] —Order unanimously affirmed without costs. Memorandum: Plaintiff, individually and on behalf of Blagoje (Billy) Dimovich, appeals from an order that granted defendants' cross motions for summary judgment dismissing the complaint and denied plaintiff's motion for a preliminary injunction barring defendant Stefan N. Talev from taking possession of real property pursuant to a tax deed. Plaintiff formerly owned the property, and Billy Dimovich held a mortgage on it.